**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **ANTHONY PAUL YOUNG,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**PUBLIC DEFENDER OFFICE and** )<br>**DIXON CORRECTIONAL CENTER,** )<br>)<br>**Defendants.** ) | Case No. 07-CV-2047 |

## ORDER

A Report and Recommendation (#30) was filed by the Magistrate Judge in the above cause on August 28, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#30) is accepted by this court.

(2) The Motion to Dismiss (#14) filed by Defendant Dixon Correctional Center is GRANTED. Plaintiff's Complaint (#5) is dismissed with prejudice as to Defendant Dixon Correctional Center, and Dixon Correctional Center is terminated as a Defendant in this case.

(3) The Motion to Dismiss (#11) filed by Defendant Office of the Public Defender of Champaign County, Illinois, improperly designated as Public Defender Office, remains pending.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 18th day of September, 2007.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE