### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

---

| | |
|---|---|
| **ANTHONY PAUL YOUNG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 07-CV-2047** |
| ) | |
| **PUBLIC DEFENDER OFFICE and** ) | |
| **DIXON CORRECTIONAL CENTER,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

A Report and Recommendation (#32) was filed by the Magistrate Judge in the above cause on September 24, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1).[1] The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#32) is accepted by this court.

(2) The Motion to Dismiss (#11) filed by Defendant Office of the Public Defender of Champaign County, Illinois,[2] is GRANTED. Plaintiff's Complaint (#5) is dismissed with prejudice as to any federal claims against the Office of the Public Defender for lack of jurisdiction. Any purported state law claims are dismissed without prejudice so that they may be filed in state court.

---

[1] This court notes that Plaintiff, Anthony Paul Young, did send a letter (#33) to the court on October 9, 2007. However, the letter was stricken from the record because it was not signed by Plaintiff. In addition, it is unclear whether letter was meant to be an objection to the Report and Recommendation.

[2] This Defendant was improperly sued by Plaintiff as "Public Defender Office."

(3) This case is terminated.

ENTERED this 16th day of October, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE